**E. A. and Vonna Jo GREGORY, Plaintiffs,**

v.

**BOARD OF GOVERNORS OF the FEDERAL RESERVE SYSTEM, Defendant.**

Civ. A. No. 79–1787.

United States District Court, Dist. of Columbia.

March 3, 1980.

Gary L. Ryan, McDermott, Will & Emery, Washington, D. C., for plaintiffs.

Thomas R. Kline, Dept. of Justice, Washington, D. C., for defendant.

### AMENDED ORDER

AUBREY E. ROBINSON, Jr., District Judge.

Upon consideration of the Order of the Court of Appeals in the above-captioned action, it is by the Court this 28th day of April, 1981

ORDERED, that Part II of this Court's Memorandum Opinion [1] in this litigation be and hereby is VACATED as moot.

---

1. 496 F.Supp. 342, 344 (D.D.C.1980).